# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## Civil Cover

**08CV0211**
**JUDGE COAR**
**MAG.JUDGE DENLOW**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial C required for the use of the Clerk of Court for the purpose of initiating the civil docket shee the filing and service of pleadings or other papers as required by law. This form is authori

---

**Plaintiff(s):** BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422, et. al

**Defendant(s):** Hildeman Plumbing, Inc., an Illinois corporation, and Randy Hildeman, Individually

County of Residence: COOK

County of Residence: WILL

Plaintiff's Atty:   Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

Defendant's Atty:

---

**II. Basis of Jurisdiction:**   3. Federal Question (U.S. not a party)

**III. Citizenship of Principle Parties**
(Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

**IV. Origin :**   1. Original Proceeding

**V. Nature of Suit:**   791 E.R.I.S.A

**VI. Cause of Action:**   This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145

**VII. Requested in Complaint**
   Class Action: No
   Dollar Demand:
   Jury Demand: No

**VIII.** This case **Is NOT** a refiling of a previously dismissed case. (If yes case number _____ by Judge _____ )

Signature:

Date: 1/6/08

FILED
JAN - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT