AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422 et. al.

    Plaintiffs,

V.

Hildeman Plumbing, Inc., an Illinois corporation,
and Randy Hildeman, Individually

    Defendant.

**08CV0211**
**JUDGE COAR**
**MAG. JUDGE DENLOW**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
    HILDEMAN PLUMBING, INC.
    C/O ITS REGISTERED AGENT, JILL HILDEMAN
    ~~980 NORTH MAIN STREET~~ 9119 CALUMET AVE
    ~~CRETE, ILLINOIS 60417~~ ST. JOHN, IN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_/s/_

(By) DEPUTY CLERK

JAN - 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JANUARY 23, 2008 AT 11:15 AM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: HILDEMAN PLUMBING, INC C/O ITS REGISTERED AGENT - JILL HILDEMAN AT HER PERSONAL RESIDENCE - 9119 CALUMET AVE., ST. JOHNS, IN SHE CAN BE DESCRIBED AS A F/W, 35 YEARS, LIGHT BROWN HAIR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/23/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.