IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND,<br><br>          Plaintiffs,<br><br>v.<br><br>HILDEMAN PLUMBING, INC., an Illinois corporation, and RANDY HILDEMAN, Individually,<br><br>          Defendant. | ) ) ) ) ) No. 08 C 211 ) ) Judge Coar ) ) ) Magistrate Judge Denlow ) ) ) ) ) ) ) |

## AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter.

3. Our normal rate is $175.00 per hour.

4. Our firm charged the Plumbers and Pipefitters Local Union No. 422 $875.00 in this matter.

5. Our firm charged $250.00 for court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

**EXHIBIT B**

FURTHER AFFIANT SAYETH NOT.

_____
DONALD SCHWARTZ