IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HILDEMAN PLUMBING, INC., an Illinois corporation, and RANDY HILDEMAN, Individually, <br><br> Defendant. | ) ) ) ) ) No. 08 C 211 ) ) Judge Coar ) ) Magistrate Judge Denlow ) ) ) ) ) ) ) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $27,966.68 for contribution reports for the period September 2006 through January 2007 is entered in favor of Plaintiffs, and against the Defendant, RANDY HILDEMAN, Individually.

2. This is a final and appealable order.

DATED: _____

ENTER: _____
**HONORABLE JUDGE COAR**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415