IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, )
ILLINOIS PENSION FUND AND )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ) No. 08 C 211
ILLINOIS WELFARE FUND, )
                                              ) Judge Coar
          Plaintiffs, )
                                              ) Magistrate Judge Denlow
v. )
)
HILDEMAN PLUMBING, INC., )
an Illinois corporation, and RANDY )
HILDEMAN, Individually, )
)
         Defendant. )

**NOTICE OF MOTION**

TO:   RANDY HILDEMAN, INDIVIDUALLY
       9119 CALUMET AVENUE
       ST. JOHN, INDIANA 46373

**PLEASE TAKE NOTICE** that on **April 21, 2008 at 9:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Coar**, in the Courtroom **1419** usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                                             BOARD OF TRUSTEES OF THE LOCAL
                                             UNION NO. 422, U.A. OF JOLIET, ILLINOIS
                                             PENSION FUND, et. al.

                                             By: s/ Donald D. Schwartz
                                                Counsel for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 8th day of April 2008, at or before the hour of 5:00 p.m.

RANDY HILDEMAN, INDIVIDUALLY
9119 CALUMET AVENUE
ST. JOHN, INDIANA 46373

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: April 8, 2008