# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 211 | **DATE** | 4/21/2008 |
| **CASE TITLE** | Board of Trustees of the Local Union #422, et al vs. Hildeman Plumbing, Inc., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/21/2008. Motion hearing held on 4/21/2008 regarding #11. Plaintiffs' Motion [11] for Default Judgment in sum certain by plaintiffs is Granted. Judgment is entered in favor of the plaintiffs in the sum of $27,966.68 and against the defendant Randy Hildeman individually. This is a final and appealable order. ENTER JUDGMENT ORDER

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|