

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS PENSION FUND AND ) <br> BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS WELFARE FUND, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> HILDEMAN PLUMBING, INC., ) <br> an Illinois corporation, and RANDY ) <br> HILDEMAN, Individually, ) <br>   ) <br>   Defendant. ) | No. 08 C 211 <br><br> Judge Coar <br><br> Magistrate Judge Denlow |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $27,966.68 for contribution reports for the period September 2006 through January 2007 is entered in favor of Plaintiffs, and against the Defendant, RANDY HILDEMAN, Individually.

2. This is a final and appealable order.

DATED: _April 21, 2008_

ENTER: _____
HONORABLE JUDGE COAR

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415