NF

# United States District Court for the Northern District of Illinois

Case Number: 08CV211                Assigned/Issued By: DAJ

Judge Name: COAR                    Designated Magistrate Judge: DENLOW

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____      Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

## ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                       *(Victim, Against and $ Amount)*
☑ Citation to Discover Assets

☐ Writ _____
    *(Type of Writ)*

_1_ Original and _1_ copies on _05/13/08_ as to MR. RANDY HILDEMAN
                              (Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05